

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00113-CV

ISABELLA P. CHANCELLOR                                        APPELLANT

V.

JP MORGAN CHASE BANK, N.A.,                                   APPELLEES
JP MORGAN CHASE & CO., DAVID
MUNSON, DEBORAH POINTER,
AND WENDY BOOTS

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion To Voluntarily Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  September 8, 2011